Marjorie A. Meyers, Federal Public De-
fender, Timothy William Crooks, Assistant
Federal Public Defender, Molly Estelle
Odom, Esq., Assistant Federal Public De-
fender, Houston, TX, for Defendant–Ap-
pellant.

Before DAVIS, DENNIS, and
CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal
case, Alberto Estivens Riascos–Cardenas
raises an argument that he concedes is
foreclosed by *United States v. Morales–
Mota,* 704 F.3d 410, 412 (5th Cir.), *cert.
denied,* —— U.S. ——, 133 S.Ct. 2374, 185
L.Ed.2d 1091 (2013). In *Morales–Mota,*
704 F.3d at 412, this court, relying upon its

holding in *United States v. Joslin,* 487
Fed.Appx. 139, 141–43 (5th Cir.2012), *cert.
denied,* —— U.S. ——, 133 S.Ct. 1847, 185
L.Ed.2d 851 (2013), rejected the argument
that the Texas offense of "burglary of a
habitation" is outside the generic, contem-
porary definition of "burglary of a dwell-
ing" under U.S.S.G. § 2L1.2(b)(1)(A)(ii) be-
cause it defines the "owner" of a habitation
as a person with a "greater right to pos-
session." Accordingly, the appellant's mo-
tion for summary disposition is GRANT-
ED, and the judgment of the district court
is AFFIRMED.

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Paul Richard PACHECO–TAYLOR,
also known as Paul Richard Pa-
checo, Defendant–Appellant.**

No. 13–40350
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 17, 2013.

Renata Ann Gowie, Assistant U.S. At-
torney, U.S. Attorney's Office, Houston,
TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public De-
fender, Timothy William Crooks, Margaret

---

Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before DAVIS, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Paul Richard Pacheco–Taylor has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Pacheco–Taylor has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.